## STATE OF CONNECTICUT *v.* RODNEY HANKERSON

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 380 (AC 30738), is denied.

*Brendon P. Levesque,* special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided October 19, 2010